# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE M. KRAMER,<br><br>Plaintiff<br><br>v.<br><br>THE BANK OF AMERICA, N.A., et al.,<br><br>Defendants | CASE NO. 1:13-CV-1499 AWI MJS<br><br>**ORDER VACATING JANUARY 27, 2014 HEARING AND TAKING MATTER UNDER SUBMISSION** |

Defendants have filed a motion to dismiss that is set for hearing on January 27, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 27, 2014, is VACATED, and the parties shall not appear at that time. As of January 27, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 23, 2014                              _____
                                                                            SENIOR  DISTRICT  JUDGE